(August 20, 2003)

■ In the Matter of Daniel Figueroa III, Respondent, v Hilda N. Hernandez, Appellant, et al., Respondents. [763 NYS2d 467] —Order, Supreme Court, Bronx County (Robert Seewald, J.), entered August 18, 2003, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements. No opinion. Concur—Andrias, J.P., Saxe, Friedman and Marlow, JJ.

■ In the Matter of Afua Afriye Fullwood, Respondent, v Nancy Mottola-Schacher et al., Respondents, and George Torres, Appellant. [763 NYS2d 467] —Order, Supreme Court, Bronx County (Robert Seewald, J.), entered August 18, 2003, unanimously affirmed for the reasons stated by Seewald, J., without costs or disbursements. No opinion. Concur—Andrias, J.P., Saxe, Friedman, Marlow and Gonzalez, JJ.